TIMOTHY COURCHAINE
United States Attorney
District of Arizona

BRADLEY BAUGHER
Arizona State Bar No. 032920
DIAMOND ZAMBRANO
Arizona State Bar No. 036390
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: bradley.baugher@usdoj.gov
Email: diamond.zambrano@usdoj.gov
Attorneys for Plaintiff

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR25-01512-PHX-MTL (MTM) |
|---|---|
| Plaintiff, | **REDACTED INDICTMENT** |
| v. | VIO: 18 U.S.C. § 111(a)  (Assaulting, Resisting, and Impeding a Person Assisting Federal Officers and Employees - Physical Contact) Counts 1 and 2 |
| Robert Adam Renner | |
| Defendant. | |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about September 25, 2025, in the District of Arizona, Defendant ROBERT ADAM RENNER did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with Protective Security Officer (PSO) L.B., assisting the Federal Protective Service at a United States Immigration and Customs Enforcement Facility, a person protected under 18 U.S.C. § 1114, engaged in and on account of the performance of official duties, and Defendant ROBERT ADAM RENNER did so by making physical contact, to wit: striking with closed fists and kicking PSO L.B.

All in violation of Title 18, United States Code, Section 111(a).

**COUNT 2**

On or about September 25, 2025, in the District of Arizona, Defendant ROBERT ADAM RENNER did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with Protective Security Officer (PSO) T.K., assisting the Federal Protective Service at a United States Immigration and Customs Enforcement Facility, a person protected under 18 U.S.C. § 1114, engaged in and on account of the performance of official duties, and Defendant ROBERT ADAM RENNER did so by making physical contact, to wit: striking with closed fists and kicking PSO T.K.

All in violation of Title 18, United States Code, Section 111(a).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: November 4, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona


/s/
BRADLEY BAUGHER
DIAMOND ZAMBRANO
Assistant U.S. Attorneys